Molli Trish CABRERA; Darlene
Elizabeth Carter, Plaintiffs–
Appellants,

v.

Donta Cornelius BROWN; Western
Express, Incorporated, Defendants–
Appellees.

No. 12–2435.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 29, 2013.

Decided: May 2, 2013.

Solomon M. Sterenberg, Stein Sperling Bennett Dejong Driscoll, PC, Rockville, Maryland, for Appellants. Charles B. Peoples, Thomas, Thomas & Hafer, LLP, Baltimore, Maryland, for Appellees.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Molli Trish Cabrera and Darlene Elizabeth Carter ("Appellants") appeal the magistrate judge's sanctions order and the order granting summary judgment in favor of Donta Cornelius Brown and West-

ern Express, Incorporated in Appellants' civil action.* We have reviewed the parties briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Cabrera v. Brown,* No. 1:12–cv–00041–SAG (D. Md. Aug. 28 & Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).